UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTIN ORRIN MORRIS, | ) NO. 12-6953-AHM (E) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS, |
| LINDA SANDERS, Warden, | ) CONCLUSIONS AND RECOMMENDATIONS OF |
| Respondent. | ) UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Amended Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Amended Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///

///

///

///

   IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Amended Report and Recommendation and the Judgment herein on counsel for Petitioner.

   LET JUDGMENT BE ENTERED ACCORDINGLY.

   DATED:  December 20, 2012

   _____
   A. HOWARD MATZ
   UNITED STATES DISTRICT JUDGE