JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| QUINTIN ORRIN MORRIS, | ) | NO. 12-6953-AHM (E) |
| Petitioner, | ) | |
| v. | ) | |
| LINDA SANDERS, Warden, | ) | JUDGMENT |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: December 20, 2012

JS - 6

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE